Kelly Parker  April 13, 2007
16 Poplar Street
Pompton Lakes, NJ 07442

Esther Salas, United States Magistrate Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  Kelly Parker v. Becton, Dickinson and Company, Civil Action No. 06-904 (DRD)

Dear Judge Salas:

I am writing to inform the court that I no longer able to pursue this case.  After our last court meeting, in which I was granted an extension to locate another attorney, I spoke with a number of firms and came to the realization that I would be unable to pay the high fees of new counsel and subsequently realized it would be foolish to represent myself.

The reason I work for the military is both a patriotic and financial one and thus far I have used over a year's worth of salary from the military to prove my claims while simultaneously dealing with the loss of thousands of dollars because of losing my job.  To pursue the matter will only continue to place me in further in debt and I can no longer justify doing that.

Therefore, with a heavy heart, I am withdrawing my petition from the court docket.  I firmly believe I would have proven my case in court but because I am unable to afford legal counsel and also because I am disillusioned at the idea of having to exhaust all my finances to pursue this case, I feel I must withdraw.

I would like to thank McCarter and English for agreeing to the extension so that I could find other counsel and I would also like to thank you for the extension and apologize for being unable to pursue the matter.  It was never my intention to waste the court's time.  I would also like to convey that I felt very comfortable with you and knew I would have received a fair trial in your court.

Thank you in advance for your understanding.  Please advise if there is anything else I need to do for this matter.

Sincerely,

*Kelly Parker*
Kelly Parker

cc: McCarter and English