CLOSED

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey  07101-0652
(973) 622-4444
Attorneys for Defendants
  Becton, Dickinson and Company,
  Peter Malecki, Karen Steinberg,
  Teresa Van De Brake and Edward Betof

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLY PARKER, <br><br>    Plaintiff, <br><br> Vs. <br><br> BECTON, DICKINSON AND COMPANY, PETER MALECKI, KAREN STEINBERG, TERESA VAN DE BRAKE AND EDWARD BETOF, <br><br>    Defendants. | Civil Action No.: 06-904(DRD) <br><br><br> **ORDER DISMISSING** <br> **COMPLAINT** <br> **WITH PREJUDICE** |

**THIS MATTER** having been opened to this Court by the April 13, 2007 letter of plaintiff Kelly Parker withdrawing her Complaint, and for good cause shown:

**IT IS** on this 8th day of May, 2007.

**ORDERED** that the Complaint and all claims against Defendants Becton, Dickinson and Company, Peter Malecki, Karen Steinberg, Teresa Van De Brake and Edward Betof in this action be and are hereby dismissed with prejudice, without an award of costs, attorney's fees or expenses to any party.

           ~~ESTHER SALAS~~
           UNITED STATES ~~MAGISTRATE~~ JUDGE

ME1 6362595v.1